IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00155-BNB

JOHN GARCIA,

    Plaintiff,

v.

STATE OF COLO.,
COUNTY OF MESA, and
UNITED STATES OF AMERICA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, John Garcia, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. He submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The Court reviewed the documents and determined they was deficient. Therefore, in an order filed on January 27, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Garcia to cure a deficiency in the case within thirty days if he wished to pursue his claims.

The January 27, 2009, order pointed out that Mr. Garcia failed to submit a certified copy of his trust fund account statement for the six month period immediately preceding this filing. The order warned Mr. Garcia that if he failed to cure the designated deficiency within thirty days, the action would be dismissed without

prejudice and without further notice. On February 24, 2009, Magistrate Judge Boland granted Mr. Garcia's request for an additional thirty days in which to cure the designated deficiency. On March 6, 2009, Mr. Garcia submitted a motion asking to consolidate his case with *Crownhart v. Hernandez*, No. 09-cv-00357-BNB (D. Colo. filed Feb. 20, 2009), currently pending before this Court. However, he has failed within the time allowed to cure the designated deficiency by submitting a certified copy of his trust fund account statement for the six-month period immediately preceding this filing.

Subsection (a)(2) of 28 U.S.C. § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The January 27, 2009, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. Mr. Garcia has failed to cure the designated deficiency within the time allowed and, therefore, the complaint and the action will be dismissed without prejudice. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that the motion to consolidate filed on March 6, 2009, is denied as moot.

DATED at Denver, Colorado, this 16 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00155-BNB

John Garcia
Prisoner No. 134454
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3 - Unit 4 Left DD-6
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/17/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk